UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **DONALD LEWIS GILBERT,**  ) | |
| ) | |
| Plaintiff  ) | |
| ) | |
| v.  ) | Civil No. 1:11-cv-207-DBH |
| ) | |
| **ROBERT PEASE,** et al.,  ) | |
| ) | |
| Defendants  ) | |

ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE

On September 7, 2011, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision on Motion for Preliminary Injunction and Motion to Dismiss. The plaintiff filed an objection to the Recommended Decision on October 13, 2011. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary. I see no reason to entertain the new version of events that the plaintiff recounts in his objection to the Recommended Decision. These were not contained in the complaint and never presented to the Magistrate Judge. See Paterson-Leitch Co. v. Mass. Mun. Wholesale Elect. Co., 840 F.2d 985, 990-91 (1st Cir. 1988).

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendants' motion to dismiss is **GRANTED** and the plaintiff's motion for a preliminary injunction is **MOOT**.

**SO ORDERED.**

**DATED THIS 1ST DAY OF NOVEMBER, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**